# United States District Court
### Middle District of Georgia

UNITED STATES OF AMERICA

VS.

**BRIAN LANE AVANT,**

Defendant

**JUDGMENT IN A CRIMINAL CASE**
(FOR REVOCATION OF PROBATION)

NO. 5: 08-MJ-12-20 (CWH)

Laura D. Hogue
_____
Defendant's Attorney

The above-named defendant having this day admitted to violating CONDITIONS OF PROBATION imposed upon him by the undersigned in the above-captioned proceeding on March 10, 2009, as alleged in the **PETITION FOR ACTION ON PROBATION** filed September 9, 2009, by U.S. Probation Officer Leigh R. Swicord, said sentence of probation is now REVOKED, and he is **RESENTENCED** as hereinafter set out, the court finding the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 3 | **Possession of Methamphetamine** | 9/2/09 |

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment (if any) are fully paid.

**Defendant's Soc. Sec. No.:** ***-***-2949

**Defendant's Date of Birth:** 1965

**Defendant's USM No.:** 13716-084

**Defendant's Residence Address:**

Sandersville, Georgia

**Defendant's Mailing Address:** Same

October 26, 2009
_____
Date of Imposition of Judgment

*/s/ Claude W. Hicks, Jr.*
_____
Signature of Judicial Officer

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE
_____
Name and Title of Judicial Officer

October 26, 2009
_____
Date

# IMPRISONMENT

The court finds that the conditions of probation have been violated as set forth as Violation No. 3 in the **PETITION FOR PROBATION ACTION**, charging possession of methamphetamine on or about September 2, 2009. The court also finds that an exception to the mandatory revocation provisions of 18 U.S.C. §3565(b) is *not* warranted based on the defendant's continued use of methamphetamine despite his participation in substance abuse treatment during the term of probation. Accordingly, the defendant's probation is **REVOKED**, and he is hereby committed to the **CUSTODY** of the UNITED STATES BUREAU OF PRISONS to be imprisoned for a period of **TWELVE (12) MONTHS**.

☒ The court makes the following recommendation to the BUREAU OF PRISONS:

**Drug treatment and counseling to the extent possible.**

☒ The defendant is REMANDED to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at_____A.M./P.M. on_____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation/Pretrial Services Office.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2:00 P.M. on_____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation/Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on_____ to_____
at_____, with a certified copy of this judgment.

_____
DEPUTY UNITED STATES MARSHAL

# United States District Court
## Middle District of Georgia
### MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| vs. | NO. 5:08-MJ-12-20 (CWH) |
| **BRIAN LANE AVANT,** | |
| Defendant | |

## STATEMENT OF REASONS

For ADVISORY PURPOSES ONLY, the court has considered the factual findings and guideline application in the REVOCATION REPORT dated OCTOBER 22, 2009, provided by the U. S. Probation Office. The sentence imposed herein departs from the guideline range reflected below and that range does not exceed 24 months. The **GUIDELINE RANGE** considered may be summarized as follows:

> **VIOLATION GRADE:**   B
> **CRIMINAL HISTORY CATEGORY:**   I
> **IMPRISONMENT RANGE:**   4 to 10 months upon revocation

☒  The sentence imposed departs from the guideline range:

> ☐ upon motion of the government, as a result of defendant's substantial assistance
>
> ☒ for the following specific reason(s): the serious nature of the violation conduct which includes felony possession of methamphetamine.

Dated at Macon, Georgia, this 26th day of OCTOBER, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE